UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD L. CAMPBELL,<br><br>          Plaintiff,<br><br>     vs.<br><br>SPOKANE COUNTY JAIL,<br><br>          Defendant. | NO.  CV-08-157-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION |

    Magistrate Judge Hutton filed a Report and Recommendation on June 23, 2008, recommending Mr. Campbell's action be dismissed for failure to notify the Court of a current address.  Mr. Campbell has filed nothing further in this action.  There being no objections, the Court **ADOPTS** the Report and Recommendation.  The Action is **DISMISSED WITHOUT PREJUDICE** for failure to notify the Court of a current address.

    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff at his last known address and close the file.

    **DATED** this 14th day of July 2008.

                            *S/ Robert H. Whaley*
                            ROBERT H. WHALEY
          CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2008\8cv157jph-7-14-adpRRdis.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION -- 1