AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

Ronald L. Campbell

JUDGMENT IN A CIVIL CASE

v.

Spokane County Jail

CASE NUMBER: CV-08-157-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED The Court ADOPTS the Report and Recommendation. The Action is DISMISSED WITHOUT PREJUDICE for failure to notify the Court of a current address.

July 14, 2008  
*Date*

JAMES R. LARSEN  
*Clerk*  
s/ Vikki Johnson  
*(By) Deputy Clerk*  
Vikki Johnson